UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABCDE OPERATING, LLC, a Michigan limited
liability company d/b/a THE PENTHOUSE CLUB,

    Plaintiff,

-vs-                                                      Case No. 10-13435
                                                          Hon: AVERN COHN

CITY OF DETROIT,

    Defendant.
_____

-and-

LAURA LEE DEMERY, INC., a Michigan corporation,
d/b/a EROTIC CITY and JANE DOE,

    Plaintiffs,

-vs-

CITY OF DETROIT,

    Defendant.
_____/

**MEMORANDUM**

On October 03, 2011, the Court held a status conference in this case. *See*, Memorandum And Order Granting Defendants' Motion for Judgment On The Pleadings (Doc. 43), particularly footnote 3. This memorandum memorializes the conference.

At the conference, the Court directed plaintiffs to file a redacted second amended complaint (licensing fee allegations) within thirty (30) days, and defendants to file a

1

redacted answer (licensing fees allegations) within twenty (20) days thereafter.

The Court also set a discovery cut-off date of March 30, 2012, and a date for a final pretrial conference of Tuesday, May 08, 2012 at 2:00 p.m.


    S/Avern Cohn  
AVERN COHN  
UNITED STATES DISTRICT JUDGE

Dated:  October 4, 2011


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 4, 2011, by electronic and/or ordinary mail.

    S/Julie Owens  
Case Manager, (313) 234-5160